AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

**LODGED**
CLERK, U.S. DISTRICT COURT
10/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ASI____ DEPTUY

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
Oct. 21, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ch___ DEPUTY

United States of America

v.

SHANE RIVERA,
aka, "Express,"

Defendant

Case No.   2:24-mj-06394-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 10, 2024, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____/s/_____
*Complainant's signature*

Michael Sier, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   October 21, 2024

_____BMirff_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Brianna Fuller Mircheff, U.S. Magistrate Judge
*Printed name and title*

AUSA: Kelsey A. Stimson x8230

**AFFIDAVIT**

I, Michael Sier, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint and arrest warrant against Shane RIVERA ("RIVERA"), also known as "Express," for a violation of 21 U.S.C. § 841(a)(1) (possession with intent to distribute fentanyl) (the "Subject Offense").

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are approximate, and all dates and times are on or about those indicated.

## II. BACKGROUND OF AFFIANT

3.    I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been so employed since September 2012. I am assigned to the Los Angeles Field Division, Sensitive Investigations Unit. Starting in May 2012, I received training at the DEA Training Academy in Quantico, Virginia, in criminal law, criminal procedure, surveillance operations,

1

search warrants, report writing, undercover operations, confidential source management, money laundering, asset forfeiture, violations of Title 21 of the United States Code, and criminal conspiracies involving the smuggling and distribution of drugs. Based on my training and experience, I am familiar with narcotics traffickers' methods of operation, including the distribution, storage, and transportation of narcotics and the collection of monetary proceeds of narcotics trafficking. I am familiar with the unlawful importation, possession with the intent to distribute, and distribution of controlled substances, as well as the related monetary transactions involving the proceeds of specified unlawful activities. In conducting investigations, I have become aware of techniques used by narcotics traffickers and money launderers. I have learned that these individuals use tactics to avoid detection and apprehension by law enforcement officials.

### III. **SUMMARY OF PROBABLE CAUSE**

4. On September 8, 2024, a federal grand jury indicted Christopher Morales ("Morales") for a distribution of fentanyl resulting in the death of victim G.F. During the course of the investigation, law enforcement identified RIVERA as a narcotics supplier to Morales based on messages in Morales's phone coordinating a drug transaction with a specific telephone number ending in 8260 (the "8260 Number"), later determined by law enforcement to be used by RIVERA.

5.    On June 10, 2024, law enforcement executed a state search warrant for RIVERA's person and residence in Cudahy, California (the "Cudahy Residence").  During the searches, law enforcement recovered sales quantities of controlled substances, including fentanyl, methamphetamine, and cocaine, as well as two firearms and ammunition.

6.    On October 7, 2024, I received a telephone call from Los Angeles Sheriff's Department ("LASD") Detective Timothy Rivera advising that law enforcement was investigating the overdose-related death of victim M. Z.-S., who died on September 22, 2024, and that the victim's phone contained messages coordinating a drug transaction on September 21, 2024, with the 8260 Number, which is associated with RIVERA.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

7.    Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.    Federal Grand Jury Indicted Morales for the March 8, 2024 Distribution of Fentanyl that Resulted in the Overdose of Victim G.F.**

8.    According to reports I have reviewed, on March 11, 2024, at approximately 9:00 a.m., Los Angeles Sheriff's Department ("LASD") deputies responded to a 911 call of an overdose victim, 24-year-old Victim G.F., at a residence in Palmdale, California.  At approximately 9:45 a.m., the Los Angeles County Fire Department pronounced Victim G.F. deceased. LASD Deputies recovered five blue pills marked "M30" from the victim's bedroom.  A toxicology report dated April 15, 2024,

indicated that Victim G.F. had fentanyl and norfentanyl in his system at the time of his death.

9. Based on a search of Victim G.F.'s cellphone, law enforcement recovered text messages and Telegram messages with a narcotics dealer later determined to be Christopher Morales ("Morales"). The telephone number used by Morales was a specific phone number ending in 9015 (the "9015 Number"). In the messages, Victim G.F. and Morales arranged a drug sale for $50 worth of fentanyl pills on March 8, 2024.

10. A state search warrant was executed at Morales's residence on or about April 3, 2024, and investigators recovered fentanyl and other indicia of drug trafficking, and a cellphone connected to the 9015 Number. On Morales's phone, investigators also found the same Telegram messages and text messages setting up the March 8 drug transaction that had been recovered from Victim G.F.'s phone.

**B.    Law Enforcement Identifies RIVERA as a Narcotics Supplier to Morales for the March 8, 2024 Drug Sale to Victim G.F.**

11. Based on my conversations with Detective Rivera and my review of law enforcement reports, I am aware of the following:

a. Pursuant to a state search warrant, Detective Rivera reviewed the contents of Morales's cellphone and found text message conversations with a specific cellphone number ending in 8260 (the "8260 Number"), which was identified in the phone as "Express." Detective Rivera learned through department databases that the 8260 Number was associated with RIVERA as of October 28, 2019.

b.    In the conversations on Morales's phone with "Express," Morales coordinated drug transactions with RIVERA. For example, on or about February 6, 2024, RIVERA agreed to exchange 1,100 fentanyl pills for a 9mm firearm.[1]  Similarly, on March 9, 2024, Morales texted with RIVERA to coordinate another purchase of fentanyl pills.  Specifically, Morales asked to purchase 1,000 fentanyl pills from RIVERA and RIVERA confirmed he would sell them to Morales for $800.

C.    **Law Enforcement Recovers Sales Amounts of Fentanyl, Methamphetamine, and Cocaine, and Firearms from RIVERA.**

12.  Based on my review of law enforcement reports and conversations with LASD detectives, I am aware of the following:

13.  Using department resources and databases, LASD Detective Scott Salvatore learned that RIVERA's associated residential address is the Cudahy Residence.

a.    While reviewing the conversations between Morales and RIVERA on Morales's cellphone, Detective Rivera saw that RIVERA provided Morales with an address on the same street and in close vicinity to the Cudahy Residence as a meeting location for conducting a drug transaction.

b.    On May 29, 2024, LASD detectives conducted surveillance at the Cudahy Residence and saw RIVERA entering the front door of the apartment.  During that surveillance, Detective Salvatore saw a blue Chevrolet Silverado with a California temporary license plate ending in H01. Detective

---

[1] As discussed herein, law enforcement later recovered a 9mm firearm during a June 10, 2024, search of the Cudahy Residence.

Salvatore inquired into the temporary plate and discovered the vehicle's permanent license plate number was a license plate ending in 2R3 and registered to RIVERA at the same residential address in Bell Gardens, California, that is listed on RIVERA's California Driver's license.

    c.   On June 6, 2024, LASD detectives conducted surveillance at the Cudahy Residence and saw what appeared to be hand-to-hand drug transactions.  Specifically, they saw an unidentified male walk to the front door of Apartment 21, meet RIVERA on the front porch, and then the unidentified male stuffed an item into his own front pants pocket. Later, another male, later identified as Edsel Ramirez ("Ramirez"), parked his vehicle in front of the Cudahy Residence, walked to the front door of Apartment 21, met with RIVERA and talked to him, then walked back to his car and drove away.  Law enforcement conducted a patrol traffic stop of Ramirez's car, searched the car and Ramirez's person, and recovered suspected narcotics, including suspected methamphetamine, MDMA, and cocaine base.

14.  On June 10, 2024, the Honorable Judge Margaret Bernal of the Los Angeles County Superior Court approved a search warrant for RIVERA's person and for the Cudahy Residence.  The same day, LASD detectives executed the warrant and ultimately arrested RIVERA after he left his residence in the blue Chevrolet Silverado seen during surveillance on May 29, 2024.

    a.   On RIVERA's person, law enforcement recovered a bag containing three blue M30 pills, which were later tested and determined to contain fentanyl.  In the Chevrolet Silverado, law

enforcement recovered a bag containing twelve blue M30 pills, which were later tested and determined to contain fentanyl.

b.   During a search of the Cudahy Residence, law enforcement recovered approximately 739.3 grams of cocaine from three baggies in the drawers of a dresser in the master bathroom; approximately 138.7 grams of pure methamphetamine recovered from five plastic baggies in the kitchen; and approximately 1,559.203 grams of fentanyl recovered from six plastic bags in the kitchen.[2]  Law enforcement also recovered a black digital scale, a vacuum sealer, and plastic vacuum sealing bags from a kitchen cabinet.  Based on my training and experience, I am aware that digital scales and vacuum sealers can be used by drug traffickers to measure out quantities of drugs and package those drugs for distribution.[3]

c.   In addition, law enforcement recovered from a cabinet in the kitchen an unloaded, unregistered Taurus G3 9mm semi-automatic handgun, bearing serial number ABM271443, two firearm magazines, and numerous rounds of .556 caliber ammunition.  From a closet in the master bedroom, law enforcement recovered a second firearm, a Colt Law Man, .357

---

[2] The DEA Southwest Laboratory report shows that one of the baggies found in the kitchen contained methamphetamine and fentanyl.  As such, a portion of the seized methamphetamine and a portion of the seized fentanyl were recovered from the same bag.

[3] The LASD also seized approximately 453.1 grams of suspected psilocybin, which has been submitted to the DEA Southwest laboratory and is pending testing, and four boxes of bottles of Alprazolam, which is a prescription medication known by various trade names, including Xanax.

caliber, loaded with six live rounds, bearing serial number
01512U.

        d.   The drugs, firearms, and other indicia of drug
trafficking seized by law enforcement from the Cudahy Residence
are depicted in the photo below.



       15.  In a post-Miranda interview, RIVERA confirmed that he
resides at the Cudahy Residence and that his girlfriend and her
two children visit the residence.  He also confirmed that the
fentanyl pills recovered from his person and the Chevrolet
Silverado belong to him.  Consistent with the Deputies' search
of the Cudahy Residence, RIVERA disclosed that he had a silver
revolver in the bedroom closet of his residence and a bag of
fentanyl pills in the kitchen cabinet of his residence.

**D.    RIVERA Is Linked to a Second Overdose Death.**

16.    Based on my review of a law enforcement report, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

a.    On September 22, 2024, M. Z.-S. was found unresponsive at a specific residence in Compton, California.  M. Z.-S. was discovered by his father at approximately 1:09 p.m. The Los Angeles County Fire Department responded and pronounced M. Z.-S. dead.

b.    On October 7, 2024, Detective Rivera advised me that telephonic analysis of Victim M. Z.-S.'s cellphone showed that the victim had messaged with the 8260 Number to arrange a deal to purchase "blues" on September 21, 2024.  Based on my training and experience, I understand "blues" to refer to fentanyl pills.  As discussed previously, law enforcement has determined that RIVERA is associated with the 8260 Number and had previously used it to arrange the sale of fentanyl pills to Morales on February 6, 2024.

## V.    <u>CONCLUSION</u>

17.   For all the reasons described above, there is probable cause to believe that RIVERA violated 21 U.S.C. § 841(a)(1) (possession with intent to distribute fentanyl) on June 10, 2024.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 21st day of October, 2024.

_____
HONORABLE BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

10